# IN THE SUPREME COURT OF THE STATE OF NEVADA

VIRGINIA G. BURTON, AN INDIVIDUAL,

        Appellant,

vs.

BLANCA E. ASCENCION, AN INDIVIDUAL; AND GUILLERMO ASCENCION, AN INDIVIDUAL,

        Respondents.

No. 82138

**FILED**

JAN 2 4 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b). The parties shall bear their own fees and costs.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joseph Hardy, Jr., District Judge
       Randal R. Leonard
       Crosby & Fox, LLC
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-02415